**No. 09-9375. Emmanuel Obi Maduka, Petitioner v. United States.**

559 U.S. 1058, 130 S. Ct. 2357, 176 L. Ed. 2d 577, 2010 U.S. LEXIS 2958.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals

for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 330 Fed. Appx. 295.